# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:19-CR-00377-DGK-08 |
| FAHRUDIN R. FEJZIC, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On August 26, 2022, the Honorable W. Brian Gaddy, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (ECF No. 472), recommending that Defendant Fahrudin F. Fejzic's guilty plea be accepted and that Defendant be adjudged guilty of (1) conspiracy to distribute some amount of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, which is a lesser-included offense of Count One of the Second Superseding Indictment; and (2) possession of firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2, which is Count Six of the Second Superseding Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and accepts Defendant's plea of guilty. The Court, thus, finds Defendant guilty of (1) conspiracy to distribute some amount of a mixture or substance containing a detectable amount of methamphetamine; and (2) possession of firearms in furtherance of a drug trafficking crime. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date:  September 20, 2022                 /s/ Greg Kays
                                         GREG KAYS, JUDGE
                                         UNITED STATES DISTRICT COURT